**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

4

In re:                                                                                   Bankruptcy Case No.: 20−20011−GLT

Chapter: 13

**John Ortiz**
    Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

    Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **March 13, 2020**.

    Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

    The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

    There is no fee for filing the proof of claim.

    **Any creditor who has filed a proof of claim already need not file another proof of claim.**

    Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                                  Michael R. Rhodes
  U.S. Bankruptcy Court                                                                 *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 1/6/20

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-20011-GLT
John Ortiz                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 1          Date Rcvd: Jan 06, 2020
                              Form ID: 154A        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
```
db          +John Ortiz,    30 Lawson Avenue,    Pittsburgh, PA 15205-2927
15178586    +Allegheny Co Fam Div,    414 Grant St,    Pittsburgh, PA 15219-2409
15178587    +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15178589    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
15178590    +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15178593     Sheffield Financial Co,    Attn Credit Disputes Dept,    Clemmons, NC 27012
15178594    +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
15178595    +Usaa Fed Svng/nationst,    350 Highland,    Houston, TX 77009-6623
15178596     Usaa Federal Savings B,    Pob 47504,    San Antonio, TX 78265
15178597    +Usaa Savings Bank,    10750 Mcdermott,    San Antonio, TX 78288-1600
15178598     Wells Fargo,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15178591       E-mail/Text: BankruptcyNotices@aafes.com Jan 07 2020 03:13:24      Military Star,
                3911 Walton Walker,    Dallas, TX 75266
15178588      +E-mail/Text: mrdiscen@discover.com Jan 07 2020 03:13:23      Discover Fin Svcs Llc,    Pob 15316,
                Wilmington, DE 19850-5316
15178592      +E-mail/PDF: cbp@onemainfinancial.com Jan 07 2020 03:01:36      Onemain,    Po Box 1010,
                Evansville, IN 47706-1010
                                                                                             TOTAL: 3
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
```
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor John  Ortiz ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```