## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | 20-20011-GLT |
| JOHN ORTIZ | : | |
| | : | Chapter No. 13 |
| **Debtor** | : | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **USAA FEDERAL SAVINGS BANK** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 1624 CAWDOR DRIVE, FAYETTEVILLE, NC 28304 with the mortgage recorded on June 1, 2017 Book 10103, Page 0432 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien.

January 17, 2020

                                          /s/ Thomas Song, Esquire
                                          Thomas Song, Esq., Id. No.89834
                                          Phelan Hallinan Diamond & Jones, LLP
                                          Omni William Penn Office Tower
                                          555 Grant Street, Suite 300
                                          Pittsburgh, PA 15219
                                          Phone Number: 215-563-7000 Ext 31387
                                          Fax Number: 215-568-7616
                                          Email: Thomas.Song@phelanhallinan.com