IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CASE NO. 20-20011-GLT |
|---|---|---|
| John Ortiz | : | |
| Debtor | : | |
| | : | |
| John Ortiz | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **John Ortiz**, hereby state as follows:

1. I am currently employed by the United States Posta Service and I earn average gross wages of $ 3,533.63 per month.

2. I receive VA Disability in the amount of $2,400.00 per month.

3. I receive Pension Income in the amount of $1,412.00 per month.

4. My girlfriend lives in the household but does not contribute towards the household expenses.

5. I am currently employed therefore I have submitted payment advices for the preceding six (6) months that are available.

6. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: January 28, 2020

/s/ John Ortiz
John Ortiz
Debtor

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 41-6633 | J ORTIZ | 04847705 | 26 19 | 65876208 |

| DETAIL EARNINGS ||||||| GROSS TO NET ||| LEAVE STATUS ||
|---|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | THIS PERIOD | YEAR-TO-DATE | | |
| 2 | Q 01 | 1779 | 844 | W | 39.75 | 707.15 | GROSS PAY | 1833.04 | 14924.94 | ANNUAL LEAVE(AL) CAT: | 4.00 |
| 2 | Q 01 | 1779 | 844 | O | 4.45 | 118.75 | FED TAX R0 | 211.89 | 1649.37 | AL PRIOR YR BAL | 0.00 |
| 2 | Q 01 | 1779 | 844 | N | .70 | .81 | ST TAX PA S0 | 56.27 | 458.19 | + AL EARNED YTD | 36.00 |
| 1 | Q 01 | 1779 | 844 | W | 40.00 | 711.60 | RETIRE | .00 | .00 | + AL HOL EARNED YTD | 0.00 |
| 1 | Q 01 | 1779 | 844 | O | 10.99 | 293.27 | MEDICARE | 26.58 | 216.41 | - AL USED YTD | 0.00 |
| 1 | Q 01 | 1779 | 844 | N | 1.16 | 1.35 | UN L | 26.45 | 185.15 | = EARNED AL BAL | 36.00 |
| | | | | | | | CS/SS | 490.38 | 3771.28 | + AL ADVANCED | 0.00 |
| | | | | | | | CS/SS | 154.15 | 1185.49 | = AVAIL AL BAL | 36.00 |
| | | | | | | | SOSEC | 113.65 | 925.35 | AL USED THIS PP | 0.00 |
| | | | | | | | | | | SICK LEAVE(SL) CAT: | 0.00 |
| | | | | | | | | | | SL PRIOR YR BAL | 0.00 |
| | | | | | | | | | | + SL EARNED YTD | 0.00 |
| | | | | | | | | | | - SL USED YTD | 0.00 |
| | | | | | | | | | | = CURRENT SL BAL | 0.00 |
| | | | | | | | | | | SL USED THIS PP | 0.00 |
| | | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | | PAY PERIOD LWOP | 0.00 |
| | | | | | | | | | | PP01 TO CURRENT PP | 0.00 |
| | | FLSA | | | 95.19 | .11 | | | | USPS RETIREMENT | |
| | | | | | NET PAY | 753.67 | | | | | 0.00 |

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 000 | 41-6633 | J ORTIZ | 04847705 | 23 19 | 65628503 |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 4.00 |
| 2 | Q 01 | 1729 | 844 | W | 40.00 | 691.60 | GROSS PAY 1749.70 | 9212.20 | AL PRIOR YR BAL 0.00 |
| 2 | Q 01 | 1729 | 844 | O | 7.04 | 182.59 | FED TAX R0 193.55 | 966.71 | + AL EARNED YTD 24.00 |
| 2 | Q 01 | 1729 | 844 | N | .16 | .19 | ST TAX PA SO 53.72 | 282.81 | + AL HOL EARNED YTD 0.00 |
| 1 | Q 01 | 1729 | 844 | W | 40.00 | 691.60 | RETIRE .00 | .00 | - AL USED YTD 0.00 |
| 1 | Q 01 | 1729 | 844 | O | 7.06 | 183.11 | MEDICARE 25.37 | 133.58 | = EARNED AL BAL 24.00 |
| 1 | Q 01 | 1729 | 844 | N | .50 | .58 | UN L 26.45 | 105.80 | + AL ADVANCED 0.00 |
| | | | | | | | CS/SS 490.38 | 2300.14 | = AVAIL AL BAL 24.00 |
| | | | | | | | CS/SS 154.15 | 723.04 | AL USED THIS PP 0.00 |
| | | | | | | | SOSEC 108.48 | 571.16 | SICK LEAVE(SL) CAT: 0.00 |
| | | | | | | | | | SL PRIOR YR BAL 0.00 |
| | | | | | | | | | + SL EARNED YTD 0.00 |
| | | | | | | | | | - SL USED YTD 0.00 |
| | | | | | | | | | = CURRENT SL BAL 0.00 |
| | | | | | | | | | SL USED THIS PP 0.00 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | PAY PERIOD LWOP 0.00 |
| | | | | | | | | | PP01 TO CURRENT PP 0.00 |
| | FLSA | | | | 94.10 | .03 | | | USPS RETIREMENT |
| | | | | | | NET PAY | 697.60 | | 0.00 |

| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 | 41-6633 | J | ORTIZ | | | | 04847705 | 21 19 | 65487853 | |
| **DETAIL EARNINGS** | | | | | | | **GROSS TO NET** | | **LEAVE STATUS** | |
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | | |
| 2 | Q 01 | 1729 | 844 | W | 40.00 | 691.60 | GROSS PAY 1689.70 | 5958.50 | ANNUAL LEAVE(AL) CAT: 4.00 | |
| 2 | Q 01 | 1729 | 844 | O | 6.90 | 178.96 | FED TAX R0 180.35 | 617.66 | AL PRIOR YR BAL · 0.00 | |
| 2 | Q 01 | 1729 | 844 | N | 1.42 | 1.65 | ST TAX PA50 51.87 | 182.92 | + AL EARNED YTD 16.00 | |
| 1 | Q 01 | 1729 | 844 | W | 40.00 | 691.60 | RETIRE .00 | .00 | + AL HOL EARNED YTD 0.00 | |
| 1 | Q 01 | 1729 | 844 | O | 4.85 | 125.79 | MEDICARE 24.50 | 86.40 | - AL USED YTD 0.00 | |
| | | | | | | | UN L 26.45 | 52.90 | = EARNED AL BAL 16.00 | |
| | | | | | | | CS/SS 490.38 | 1358.10 | + AL ADVANCED 0.00 | |
| | | | | | | | CS/SS 154.15 | 426.91 | = AVAIL AL BAL 16.00 | |
| | | | | | | | SOSEC 104.76 | 369.43 | AL USED THIS PP 0.00 | |
| | | | | | | | | | SICK LEAVE(SL) CAT: 0.00 | |
| | | | | | | | | | SL PRIOR YR BAL 0.00 | |
| | | | | | | | | | + SL EARNED YTD 0.00 | |
| | | | | | | | | | - SL USED YTD 0.00 | |
| | | | | | | | | | = CURRENT SL BAL 0.00 | |
| | | | | | | | | | SL USED THIS PP 0.00 | |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) | |
| | | | | | | | | | PAY PERIOD LWOP 0.00 | |
| | | | | | | | | | PP01 TO CURRENT PP 0.00 | |
| | | FLSA | | | 91.75 | .10 | | | USPS RETIREMENT | |
| | | | | | | NET PAY | 657.24 | | 0.00 | |

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 | 41-6633 | J | ORTIZ | | | | 04847705 | 20 19 | 65402896 | |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 1729 | 844 | W | 39 26 | 678 81 |
| 2 | Q 01 | 1729 | 844 | O | 68 | 17 64 |
| 2 | Q 01 | 1729 | 844 | N | 55 | 6 4 |
| 1 | Q 01 | 1729 | 844 | W | 30 82 | 532 88 |
| 1 | Q 01 | 1729 | 844 | O | 79 | 20 49 |
| 1 | Q 01 | 1729 | 844 | N | 62 | 72 |

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 1251 18 | 4268 80 |
| FED TAX RO | 125 16 | 437 31 |
| ST TAX PASO | 38 41 | 131 05 |
| RETIRE | 00 | 00 |
| MEDICARE | 18 14 | 61 90 |
| UN L | 26 45 | 26 45 |
| CS/SS | 377 34 | 867 72 |
| CS/SS | 118 61 | 272 76 |
| SOSEC | 77 58 | 264 67 |

### LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.0 0 |
| AL PRIOR YR BAL | 0 0 0 |
| + AL EARNED YTD | 1 1 0 0 |
| + AL HOL EARNED YTD | 0 0 0 |
| - AL USED YTD | 0 0 0 |
| = EARNED AL BAL | 1 1 0 0 |
| + AL ADVANCED | 0 0 0 |
| = AVAIL AL BAL | 1 1 0 0 |
| AL USED THIS PP | 0 0 0 |
| SICK LEAVE(SL) CAT: | 0.0 0 |
| SL PRIOR YR BAL | 0 0 0 |
| + SL EARNED YTD | 0 0 0 |
| - SL USED YTD | 0 0 0 |
| = CURRENT SL BAL | 0 0 0 |
| SL USED THIS PP | 0 0 0 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0 0 0 |
| PP01 TO CURRENT PP | 0 0 0 |
| USPS RETIREMENT | 0.00 |

NET PAY　　469.49

PS FORM 1223-B, JUNE 1985　EARNINGS STATEMENT