| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **John Ortiz** | | Social Security number or ITIN | **xxx–xx–5445** |
| | First Name | Middle Name | Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN ____ |
| | | | | EIN __–_____ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter **13**  **1/3/20** | |
| Case number: | **20–20011–GLT** | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John Ortiz | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 30 Lawson Avenue Pittsburgh, PA 15205 | |
| 4. | **Debtor's attorney** Name and address | Paul W. McElrath Jr. McElrath Legal Holdings, LLC. 1641 Saw Mill Run Boulevard Pittsburgh, PA 15210 | Contact phone 412–765–3606  Email: ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee** Name and address | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 | Contact phone 412–471–5566  Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.  Contact phone 412–644–2700  Date: 2/11/20 |

**For more information, see page 2**

Debtor  **John Ortiz**                                                                                           Case number **20−20011−GLT**

| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 16, 2020 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
|---|---|---|

| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/15/20** |
|---|---|---|
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/13/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/1/20** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. **Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **3/16/20 at 10:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
|---|---|

| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
|---|---|

| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |
|---|---|

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 20-20011-GLT
John Ortiz                                                                          Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil          Page 1 of 2          Date Rcvd: Feb 11, 2020
                              Form ID: 309I        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
```
db            +John Ortiz,   30 Lawson Avenue,   Pittsburgh, PA 15205-2927
aty           +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
aty           +Keri P. Ebeck,   Bernstein-Burkley,   707 Grant Street,   Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1945
aty           +Thomas Song,   Phelan Hallinan Diamond & Jones, LLP,   1617 JFK Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
tr            +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
15178586      +Allegheny Co Fam Div,   414 Grant St,   Pittsburgh, PA 15219-2409
15197315      +Allegheny County Domestic Relations,   FAMILY DIVISION,   440 ROSS STREET,
               Pittsburgh, PA 15219-2413
15178589      +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
15178590      +First Natl Bk Of Pa,   4140 E State St,   Hermitage, PA 16148-3401
15197324      +Nicole Ortiz,   2 Norma Street,   Pittsburgh, PA 15205-2729
15178326      +PA SCDU,   PO Box 69110,   Harrisburg, PA 17106-9110
15178593       Sheffield Financial Co,   Attn Credit Disputes Dept,   Clemmons, NC 27012
15197332      +USAA Federal Savings Bank,   PO Box 619094,   Dallas, TX 75261-9094
15178595      +Usaa Fed Svng/nationst,   350 Highland,   Houston, TX 77009-6623
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: ecf@mcelrathlaw.com Feb 12 2020 02:51:19    Paul W. McElrath, Jr.,
               McElrath Legal Holdings, LLC.,   1641 Saw Mill Run Boulevard,   Pittsburgh, PA 15210
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 02:51:54    Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Feb 12 2020 02:52:06
               Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
cr            +E-mail/Text: kburkley@bernsteinlaw.com Feb 12 2020 02:52:44    Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15178591       EDI: CBSAAFES.COM Feb 12 2020 07:23:00    Military Star,   3911 Walton Walker,
               Dallas, TX 75266
15178587      +EDI: CITICORP.COM Feb 12 2020 07:28:00    Citicards Cbna,   Po Box 6217,
               Sioux Falls, SD 57117-6217
15181215       EDI: DISCOVER.COM Feb 12 2020 07:23:00    Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
15178588      +EDI: DISCOVER.COM Feb 12 2020 07:23:00    Discover Fin Svcs Llc,   Pob 15316,
               Wilmington, DE 19850-5316
15197322      +EDI: IRS.COM Feb 12 2020 07:28:00    Internal Revenue Service,   1000 Liberty Avenue,
               Room 727,   Pittsburgh, PA 15222-4107
15178592      +EDI: AGFINANCE.COM Feb 12 2020 07:23:00    Onemain,   Po Box 1010,   Evansville, IN 47706-1010
15181143      +EDI: AGFINANCE.COM Feb 12 2020 07:23:00    Onemain,   PO Box 3251,   Evansville, IN 47731-3251
15194608       E-mail/Text: bankruptcy@bbandt.com Feb 12 2020 02:51:51    Sheffield Financial,   PO Box 1847,
               Wilson, NC 27894-1847
15178594      +EDI: WTRRNBANK.COM Feb 12 2020 07:23:00    Td Bank Usa/targetcred,   Po Box 673,
               Minneapolis, MN 55440-0673
15197330       EDI: USAA.COM Feb 12 2020 07:23:00    Usaa Federal Savings,   Pob 47504,
               San Antonio, TX 78265
15178596       EDI: USAA.COM Feb 12 2020 07:23:00    Usaa Federal Savings B,   Pob 47504,
               San Antonio, TX 78265
15178597      +EDI: USAA.COM Feb 12 2020 07:23:00    Usaa Savings Bank,   10750 Mcdermott,
               San Antonio, TX 78288-1600
15178598       EDI: WFFC.COM Feb 12 2020 07:23:00    Wells Fargo,   Credit Bureau Dispute Resoluti,
               Des Moines, IA 50306
                                                                                          TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             USAA Federal Savings Bank
cr             USAA Federal Savings Bank
15197314*     +Allegheny Co Fam Div,   414 Grant St,   Pittsburgh, PA 15219-2409
15197323*    ++CREDITORS BANKRUPTCY SERVICE,   PO BOX 800849,   DALLAS TX 75380-0849
               (address filed with court: Military Star,   3911 Walton Walker,   Dallas, TX 75266)
15197316*     +Citicards Cbna,   Po Box 6217,   Sioux Falls, SD 57117-6217
15197317*     +Discover Fin Svcs Llc,   Pob 15316,   Wilmington, DE 19850-5316
15197318*     +Fed Loan Serv,   Pob 60610,   Harrisburg, PA 17106-0610
15197319*     +First Natl Bk Of Pa,   4140 E State St,   Hermitage, PA 16148-3401
15197320*     +Internal Revenue Service,   Insolvency Unit,   POB 7346,   Philadelphia, PA 19101-7346
15197321*      Internal Revenue Service,   Insolvency Unit,   POB 628,   Pittsburgh, PA 15230
15197325*     +Onemain,   Po Box 1010,   Evansville, IN 47706-1010
15197327*      Sheffield Financial Co,   Attn Credit Disputes Dept,   Clemmons, NC 27012
15197328*     +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
15197329*     +Usaa Fed Svng/nationst,   350 Highland,   Houston, TX 77009-6623
15197331*      Usaa Federal Savings B,   Pob 47504,   San Antonio, TX 78265
```

```
District/off: 0315-2          User: bsil              Page 2 of 2          Date Rcvd: Feb 11, 2020
                              Form ID: 309I           Total Noticed: 31
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
15197333*     +Usaa Savings Bank,   10750 Mcdermott,   San Antonio, TX 78288-1600
15197334*      Wells Fargo,   Credit Bureau Dispute Resoluti,   Des Moines, IA 50306
                                                              TOTALS: 2, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor John   Ortiz ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas   Song    on behalf of Creditor    USAA Federal Savings Bank pawb@fedphe.com
                                                                        TOTAL: 6