**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20011−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   John Ortiz
   30 Lawson Avenue
   Pittsburgh, PA 15205

Social Security No.:
   xxx−xx−5445

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Paul W. McElrath Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Telephone number: 412−765−3606

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 27, 2020
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
April 27, 2020
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/20/20

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20011-GLT
John Ortiz                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil                 Page 1 of 2              Date Rcvd: Mar 20, 2020
                               Form ID: rsc13             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
```
db          +John Ortiz,    30 Lawson Avenue,    Pittsburgh, PA 15205-2927
cr          +Borough of Crafton,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
              Pittsburgh, PA   15219,    UNITED STATES OF AMERICA 15219-6101
15178586    +Allegheny Co Fam Div,    414 Grant St,    Pittsburgh, PA 15219-2409
15197315    +Allegheny County Domestic Relations,    FAMILY DIVISION,    440 ROSS STREET,
              Pittsburgh, PA 15219-2413
15215122    +Borough of Crafton,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,
              Frick Building,    Pittsburgh PA 15219-6101
15178587    +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15178589    +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
15178590    +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15199803   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,      P.O. Box 619096,    Dallas, TX 75261-9741)
15197324    +Nicole Ortiz,    2 Norma Street,    Pittsburgh, PA 15205-2729
15197326    +PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
15178593     Sheffield Financial Co,    Attn Credit Disputes Dept,    Clemmons, NC 27012
15178594    +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
15202656     UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15202682     UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15217262    +USAA FEDERAL SAVINGS BANK,    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,
              Bankruptcy Department, PO BOX 619096,    DALLAS TX 75261-9096
15197332    +USAA Federal Savings Bank,    PO Box 619094,    Dallas, TX 75261-9094
15178595    +Usaa Fed Svng/nationst,    350 Highland,    Houston, TX 77009-6623
15197330     Usaa Federal Savings,    Pob 47504,    San Antonio, TX 78265
15178596     Usaa Federal Savings B,    Pob 47504,    San Antonio, TX 78265
15178597    +Usaa Savings Bank,    10750 Mcdermott,    San Antonio, TX 78288-1600
15178598     Wells Fargo,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
15213886     Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
              Des Moines, IA   50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2020 04:24:11     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA   17128-0946
15217169     E-mail/Text: BankruptcyNotices@aafes.com Mar 21 2020 04:22:59
              Army & Air Force Exchange Services,    Attention: GC-G,    3911 S. Walton Walker Blvd,
              Dallas, TX 75236
15178591     E-mail/Text: BankruptcyNotices@aafes.com Mar 21 2020 04:22:59     Military Star,
              3911 Walton Walker,    Dallas, TX 75266
15181215     E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
15178588    +E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56     Discover Fin Svcs Llc,    Pob 15316,
              Wilmington, DE 19850-5316
15214852    +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:26:03     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
15197322    +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 21 2020 04:23:11     Internal Revenue Service,
              1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
15178592    +E-mail/PDF: cbp@onemainfinancial.com Mar 21 2020 04:16:57     Onemain,    Po Box 1010,
              Evansville, IN 47706-1010
15181143    +E-mail/PDF: cbp@onemainfinancial.com Mar 21 2020 04:16:57     Onemain,    PO Box 3251,
              Evansville, IN 47731-3251
15194608     E-mail/Text: bankruptcy@bbandt.com Mar 21 2020 04:24:02     Sheffield Financial,    PO Box 1847,
              Wilson, NC 27894-1847
15207071    +E-mail/Text: bncmail@w-legal.com Mar 21 2020 04:24:55     USAA Federal Savings Bank,
              C/O: Weinstein & Riley, P.S,    2001 Western Avenue, Ste 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Nationstar Mortgage LLC d/b/a Mr. Cooper as servic
cr           USAA Federal Savings Bank
cr           USAA Federal Savings Bank
cr*         +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
              707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15197314*   +Allegheny Co Fam Div,    414 Grant St,    Pittsburgh, PA 15219-2409
15197323*  ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
             (address filed with court: Military Star,      3911 Walton Walker,    Dallas, TX 75266)
15197316*   +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15197317*   +Discover Fin Svcs Llc,    Pob 15316,    Wilmington, DE 19850-5316
15197318*   +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
15197319*   +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15197320*   +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
15197321*    Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
15197325*   +Onemain,    Po Box 1010,    Evansville, IN 47706-1010
```

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Mar 20, 2020
                              Form ID: rsc13          Total Noticed: 34

            ***** BYPASSED RECIPIENTS (continued) *****
15197327*         Sheffield Financial Co,    Attn Credit Disputes Dept,    Clemmons, NC 27012
15197328*        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
15197329*        +Usaa Fed Svng/nationst,    350 Highland,    Houston, TX 77009-6623
15197331*         Usaa Federal Savings B,    Pob 47504,    San Antonio, TX 78265
15197333*        +Usaa Savings Bank,    10750 Mcdermott,    San Antonio, TX 78288-1600
15197334*         Wells Fargo,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
                                                                                TOTALS: 3, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor     USAA Federal Savings Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor     Borough of Crafton jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Michael John Clark     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer
               for USAA Federal Savings Bank pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor John  Ortiz ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas    Song    on behalf of Creditor     USAA Federal Savings Bank pawb@fedphe.com
                                                                                             TOTAL: 8
```