# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re:<br><br>John Ortiz,<br><br>    Debtor. | Case No. 20-20011-GLT<br><br>Chapter 13 |

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g), USAA Federal Savings Bank, a creditor and party in interest in the above-styled case, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests notices required to be mailed or served in this case be directed to:

Lisa Cancanon
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021
lisac@w-legal.com

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters a Notice of Appearance as Counsel in this matter on behalf of USAA Federal Savings Bank.

/s/ Lisa Cancanon
Lisa Cancanon, Bar No. 323550
Weinstein & Riley, P.S.
Attorney for USAA Federal Savings Bank
11101 West 120th Avenue #280
Broomfield, CO 80021
Phone: (303) 539 8600
Email: lisac@w-legal.com

47904862

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on April 27, 2020:

| Trustee via E-Filing | Debtor's Counsel via E-Filing |
|---|---|
| Ronda J. Winnecour | Paul W. McElrath, Jr |
| cmecf@chapter13trusteewdpa.com | ecf@mcelrathlaw.com |
| | |
| Debtor via First-Class Mail | United States Trustee via E-Filing |
| John Ortiz | Office of the United States Trustee |
| 30 Lawson Avenue | ustpregion03.pi.ecf@usdoj.gov |
| Pittsburgh, PA 15205 | |

/s/Regina Williams
Regina Williams,
Legal Assistant to Lisa Cancanon

47904862