FILED
7/7/20 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: John Ortiz | : | Bankruptcy No. 20-20011-GLT |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Lisa Cancanon | : | |
| Movant(s) | : | |
| | : | Related to Dkt. Nos. 42, 52 |
| v. | : | |
| No Respondent | : | |
| Respondent(s) | : | |

## MOTION FOR WITHDRAWAL OF APPEARANCE
## AND TERMINATION OF CM/ECF RECORD

AND NOW comes Lisa Cancanon, counsel to USAA Federal Savings Bank in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client USAA Federal Savings Bank in the above-captioned case, and (b) has informed and received the consent of USAA Federal Savings Bank to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Lisa Cancanon requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Date: 7/6/2020    Movant/Attorney: /s/ Lisa Cancanon
Lisa Cancanon, Bar No. 323550
Weinstein & Riley, P.S.
11101 West 120th Ave, Ste 280
Broomfield, Colorado 80021
Phone: (303) 539-8607
Email: lisac@w-legal.com

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Lisa Cancanon is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: July 7, 2020

_____
Gregory L. Taddonio
United States Bankruptcy Judge

jah

Movant shall serve a copy of this Order on USAA Federal Savings Bank and file a certificate of service within (3) days hereof.

PAWB Local Form 17 (07/13)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 20-20011-GLT
John Ortiz                                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil               Page 1 of 1              Date Rcvd: Jul 07, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db             +John Ortiz,    30 Lawson Avenue,    Pittsburgh, PA 15205-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
      James   Warmbrodt    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Crafton jhunt@grblaw.com,
       cnoroski@grblaw.com
      Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer
       for USAA Federal Savings Bank pabk@logs.com,    klittle@logs.com
      Lisa   Cancanon    on behalf of Creditor    USAA Federal Savings Bank lisac@w-legal.com
      Michael John Clark    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer
       for USAA Federal Savings Bank pabk@logs.com
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.    on behalf of Debtor John  Ortiz ecf@mcelrathlaw.com,
       donotemail.ecfbackuponly@gmail.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      Thomas   Song    on behalf of Creditor    USAA Federal Savings Bank pawb@fedphe.com
                                                                                                                                          TOTAL: 11