FILED
8/4/20 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JOHN ORTIZ | | |
| **Case Number:** | 20-20011-GLT | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JULY 30, 2020 10:00 AM | 3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

**_Matter:_**

#19 - Final Confirmation of Plan Dated 2/8/2020 (NFC)
R / M #:  19 / 0

**_Appearances:_**

Zutz

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

*IRS Claim #7 includes estimates for 2017, 2018 & 2019 TAX years.*

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to  10/22/20 at  11:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Continued for Debtor Counsel to contact IRS to determine if returns filed and to resolve any issues regarding unfiled returns or amended Claim*

7/23/2020   1:03:37PM