**Form 149**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John Ortiz**
    Debtor(s)

Bankruptcy Case No.: 20–20011–GLT
Issued Per Oct. 22, 2020 Proceeding
Chapter: 13
Docket No.: 62 – 19, 60
Concil. Conf.: at

### ORDER OF COURT CONFIRMING PLAN AS MODIFIED
### AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 8, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑    A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $2,259 as of November 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐    B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐    C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐    D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐    E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐    F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑    G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Nationstar Mortgage, LLC/USAA Federal Savings Bank (Claim No. 4); I.R.S. (Claim No. 7); Borough of Crafton (Claim No. 12 and Claim No. 13) .

☑    H.    Additional Terms: The claim of Nicole Ortiz and Michele Moore is to be paid direct per interim confirmation order.

    The Trustee shall not pay the secured claim of USAA Federal Savings Bank (Claim No. 9) as the creditor's collateral is deemed surrendered in Part 3.5 of the Plan.

    Debtor is responsible for resolving any issues with respect to the I.R.S. claim, unless an

objection is filed and sustained. The Trustee shall pay the claim as filed or as amended, provided. Debtor must increase the plan payments to account for any increase in any amended claim.

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.       Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.        Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.        Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.        Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.        Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   ***IT IS FURTHER ORDERED THAT:***


**A.**      After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any **secured claim** that is secured by the subject property, unless directed otherwise by further Order of Court.


Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: October 27, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20011-GLT |
| John Ortiz | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: 149 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Ortiz, 30 Lawson Avenue, Pittsburgh, PA 15205-2927 |
| cr | + | Borough of Crafton, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 15178586 | + | Allegheny Co Fam Div, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15197315 | + | Allegheny County Domestic Relations, FAMILY DIVISION, 440 ROSS STREET, Pittsburgh, PA 15219-2413 |
| 15215122 | + | Borough of Crafton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15178587 | + | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15178589 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15178590 | + | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15199803 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15197324 | + | Nicole Ortiz, 2 Norma Street, Pittsburgh, PA 15205-2729 |
| 15197326 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 15178593 | | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15178594 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15202656 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15202682 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15217262 | + | USAA FEDERAL SAVINGS BANK, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Bankruptcy Department, PO BOX 619096, DALLAS TX 75261-9096 |
| 15197332 | + | USAA Federal Savings Bank, PO Box 619094, Dallas, TX 75261-9094 |
| 15178595 | + | Usaa Fed Svng/nationst, 350 Highland, Houston, TX 77009-6623 |
| 15197330 | | Usaa Federal Savings, Pob 47504, San Antonio, TX 78265 |
| 15178596 | | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15178597 | + | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15178598 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 15213886 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15217169 | Email/Text: BankruptcyNotices@aafes.com | Oct 28 2020 02:24:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |
| 15178591 | Email/Text: BankruptcyNotices@aafes.com | Oct 28 2020 02:24:00 | Military Star, 3911 Walton Walker, Dallas, TX 75266 |
| 15181215 | Email/Text: mrdiscen@discover.com | Oct 28 2020 02:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15178588 | + Email/Text: mrdiscen@discover.com | Oct 28 2020 02:24:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15214852 | + Email/Text: kburkley@bernsteinlaw.com | Oct 28 2020 02:27:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 149 | Total Noticed: 35 |

| | | | Pittsburgh, PA 15219-1945 |
|---|---|---|---|
| 15197322 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2020 02:24:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15181143 | + Email/PDF: cbp@onemainfinancial.com | Oct 28 2020 01:13:57 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15178592 | + Email/PDF: cbp@onemainfinancial.com | Oct 28 2020 01:12:14 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15194608 | Email/Text: bankruptcy@bbandt.com | Oct 28 2020 02:25:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15207071 | + Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | USAA Federal Savings Bank, C/O: Weinstein & Riley, P.S, 2001 Western Avenue, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper as servic |
| cr | | USAA Federal Savings Bank |
| cr | | USAA Federal Savings Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15197314 | *+ | Allegheny Co Fam Div, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15197323 | *P++ | CREDITORS BANKRUPTCY SERVICE, PO BOX 800849, DALLAS TX 75380-0849, address filed with court:, Military Star, 3911 Walton Walker, Dallas, TX 75266 |
| 15197316 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15197317 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15197318 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15197319 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15197321 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15197320 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 15197325 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15197327 | * | Sheffield Financial Co, Attn Credit Disputes Dept, Clemmons, NC 27012 |
| 15197328 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15197329 | *+ | Usaa Fed Svng/nationst, 350 Highland, Houston, TX 77009-6623 |
| 15197331 | * | Usaa Federal Savings B, Pob 47504, San Antonio, TX 78265 |
| 15197333 | *+ | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15197334 | * | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 3 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020          Signature:          /s/Joseph Speetjens

District/off: 0315-2                          User: jhel                                      Page 3 of 3

Date Rcvd: Oct 27, 2020                       Form ID: 149                                     Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor USAA Federal Savings Bank bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Borough of Crafton jhunt@grblaw.com  cnoroski@grblaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kristen D. Little | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank pabk@logs.com klittle@logs.com |
| Michael John Clark | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank pabk@logs.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | |
| | on behalf of Debtor John Ortiz ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com |
| Thomas Song | |
| | on behalf of Creditor USAA Federal Savings Bank pawb@fedphe.com |

TOTAL: 10