# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John Ortiz

Debtor(s)

CHAPTER 13

BKY. NO. 20-20011 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of USAA FED SAVINGS BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
07 Dec 2020, 09:09:42, EST

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com