# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: John Ortiz**<br>　　　　　　　　Debtor(s) | **BK NO. 20-20011 GLT**<br><br>**Chapter 13** |
| **USAA FED SAVINGS BANK**<br>　　　　　　　　Movant<br>　　vs. | **Related to doc#74** |
| **John Ortiz**<br>　　　　　　　　Debtor(s) | |
| **Ronda J. Winnecour**,<br>Trustee | |

## CERTIFICATE OF SERVICE OF
### Default Order ON Motion for Relief from the Automatic Stay

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 11, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
John Ortiz
30 Lawson Avenue
Pittsburgh, PA 15205

Attorney for Debtor(s)
Paul W. McElrath, Esq.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15222

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: February 11, 2021

　　　　　　　　　　　　　　　　　　　　**/s/ Maria Miksich, Esquire**
　　　　　　　　　　　　　　　　　　　　Maria Miksich, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319383
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　MMiksich@kmllawgroup.com