# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-20011-GLT |
| John Ortiz, | : | CHAPTER 13 |
| Debtor | : | |
| | : | Related to Doc. No. 81, 82 |
| John Ortiz, | : | |
| Movant | : | Concil Conf: |
| | : | July 15, 2021 at 9:30 AM via Zoom |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF ORDER DATED JUNE 7, 2021 NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED JUNE 1, 2021

I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated June 7, 2021 Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated June 1, 2021, on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: June 10, 2021

By:  /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail:**

John Ortiz
30 Lawson Avenue
Pittsburgh PA 15205

Allegheny Co Fam Div
414 Grant St
Pittsburgh, PA 15219

Allegheny County Domestic Relations
FAMILY DIVISION
440 ROSS STREET
Pittsburgh, PA 15219

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

Fed Loan Serv
Pob 60610
Harrisburg, PA 17106

First Natl Bk Of Pa
4140 E State St
Hermitage, PA 16148

Internal Revenue Service
Insolvency Unit
POB 7346
Philadelphia, PA 19101

Internal Revenue Service
Insolvency Unit
POB 628
Pittsburgh, PA 15230

Internal Revenue Service
1000 Liberty Avenue
Room 727
Pittsburgh, PA 15222

KML
701 Market Street, Suite 5000
Philadelphia, PA 19106

Military Star
3911 Walton Walker
Dallas, TX 75266

Nicole Ortiz
2 Norma Street
Pittsburgh, PA 15205

Onemain
Po Box 1010
Evansville, IN 47706

PA SCDU
PO Box 69110
Harrisburg, PA 17106

Sheffield Financial Co
Attn Credit Disputes Dept
Clemmons, NC 27012

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440

Usaa Fed Svng/nationst
350 Highland
Houston, TX 77067

Usaa Federal Savings
Pob 47504
San Antonio, TX 78265

Usaa Federal Savings B
Pob 47504
San Antonio, TX 78265

USAA Federal Savings Bank
PO Box 619094
Dallas, TX 75261-9741

Usaa Savings Bank
10750 Mcdermott
San Antonio, TX 78288

Wells Fargo
Credit Bureau Dispute Resoluti
Des Moines, IA 50306