6/9/21 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 20-20011-GLT |
| John Ortiz, | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| First National Bank of Pennsylvania, | ) Related to Dkt. No. 83 |
| Movant, | ) |
| vs. | ) |
| John Ortiz, Debtor, and Tesla S. Ortiz, Co-Debtor, and Ronda J. Winnecour, Chapter 13 Trustee; | ) |
| Respondents. | ) |

## ORDER OF COURT

AND NOW, this 9th day of June 2021, upon consideration of the Movant First National Bank of Pennsylvania's Motion to Withdraw Motion for Relief from the Automatic Stay and Co-Debtor Stay as to Year 2015 Mitsubishi Outlander Motor Vehicle that was filed in the above captioned matter on June 8, 2021 at Doc No. 83, it is hereby ordered that the Motion for Relief from the Automatic Stay and Co-Debtor Stay as to Year 2015 Mitsubishi Outlander Motor Vehicle that was filed in the above captioned matter on June 8, 2021 at Doc No. 83 is hereby withdrawn, without prejudice. The Amended Motion and Notice of Hearing filed by the Movant on June 8, 2021 at Docs Nos. 86 & 87 shall remain effective and proceed as scheduled.

BY THE COURT:

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

jab

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20011-GLT |
| John Ortiz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Ortiz, 30 Lawson Avenue, Pittsburgh, PA 15205-2927 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 11, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor USAA Federal Savings Bank bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com  cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Maria Miksich | on behalf of Creditor USAA Federal Savings Bank mmiksich@kmllawgroup.com |

| District/off: 0315-2 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Michael John Clark
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for USAA Federal Savings Bank mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Debtor John Ortiz ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor USAA Federal Savings Bank pawb@fedphe.com

TOTAL: 12