IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  John Ortiz | : | Bankruptcy No. 20-20011-GLT |
| Debtor | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 8-1 |
| Movant | : | |
| USAA Federal Savings Bank | : | |
| v. | : | |
| No Respondent | : | |
| | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  USAA Federal Savings Bank

    Incorrect Address:  C/O Weinstein & Riley, PS
                    2001 Western Ave,
                    Suite 400
                    Seattle, WA 98121

Corrected Address:

    Creditor Name:  USAA Federal Savings Bank

    Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                    10700 Abbott's Bridge Road, Suite 170
                    Duluth, GA  30097
                    Phone: 470-321-7112
                    (Payments) Consumer Payment Processing
                    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                    PO Box 272310
                    Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 11/4/2021

                                           **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                           Attorney for Secured Creditor
                                           10700 Abbott's Bridge Rd., Suite 170
                                           Duluth, GA  30097
                                           Telephone: (470) 321-7112
                                           By: /s/ Charles G. Wohlrab
                                           Charles G. Wohlrab, Esquire
                                           PA Bar Number  314532
                                           Email: cwohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 8, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

John Ortiz
30 Lawson Avenue
Pittsburgh, PA 15205

And via electronic mail to:

Paul W. McElrath, Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By:/s/Tan-Asia D. Council