**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/09/2023

IN RE:

JOHN ORTIZ
30 LAWSON AVENUE
PITTSBURGH, PA 15205
XXX-XX-5445          Debtor(s)

Case No. 20-20011 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/9/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  USAA FDRL SVNGS BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br><br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  USAA FDRL SVNGS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  RS/OE*PD OUTSIDE/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0818 |
| **SHEFFIELD FINANCIAL**<br>PO BOX 1847<br>BANKRUPTCY SECTION/100-50-01-51<br><br>WILSON, NC  27894 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SURR/PL*1158680100*See 33 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0100 |
| **USAA FEDERAL SAVINGS BANK**<br>C/O NATIONSTAR MORTGAGE LLC(*)<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DK4PMT-LMT*BGN 2/20 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  8708 |
| **USAA FEDERAL SAVINGS BANK**<br>C/O NATIONSTAR MORTGAGE LLC(*)<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*CL=64267.37 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4242 |
| **USAA FEDERAL SAVINGS BANK**<br>C/O CONSUMER PAYMENT PROCESSING - RAS<br>PO BOX 272310<br><br>BOCA RATON, FL  33427 | Trustee Claim Number:8   INT %:  4.25%<br>Court Claim Number:8<br><br>CLAIM:  15,326.55<br>COMMENT:  15154@4.25%MDF/PL*PMT/TT*COA@DOC 100 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7085 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  17,624.60<br>COMMENT:  $CL-PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  5445 |
| **NICOLE ORTIZ**<br>2 NORMA ST<br><br>PITTSBURGH, PA  15205 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE*NO$/SCH-PL | CRED DESC:  SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.:  6497 |

| Creditor | Trustee Claim | Court Claim | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|
| DOMESTIC RELATIONS OBLIGATION<br>RECIPIENT | 11 | | SUPPORT/ALIMONY CONT. | 5445 | 0.00 | PD OUTSIDE*NO$/SCH-PL*ND ADR~MICHELE MOORE/SCH-PL |
| COURT OF COMMON PLEAS - ALLEGHENY COU<br>FIFTH JUDICIAL DISTRICT OF PA<br>440 ROSS ST 5TH FL ADMIN WING<br>PITTSBURGH, PA  15219-2117 | 12 | | UNSECURED CREDITOR | 6497 | 0.00 | NO$~NTC ONLY/SCH |
| CITIBANK**<br>POB 6241<br>SIOUX FALLS, SD  57117-6214 | 13 | | UNSECURED CREDITOR | 5380 | 0.00 | NT ADR/SCH |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | 14 | 2 | UNSECURED CREDITOR | 6452 | 5,344.54 | |
| FED LOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO  63179 | 15 | | UNSECURED CREDITOR | 0001 | 0.00 | NT ADR~NO$/SCH/SCH |
| ARMY & AIR FORCE EXCHANGE SVCS<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | 16 | 14 | UNSECURED CREDITOR | 3004 | 8,044.30 | MILITARY STAR |
| ONE MAIN FINANCIAL GROUP LLC(*)<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | 17 | 1 | UNSECURED CREDITOR | 8770 | 14,173.92 | DOC SIGNED @ SEAL |
| TD BANK NA(*)<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME  04112 | 18 | | UNSECURED CREDITOR | 9832 | 0.00 | TARGET/SCH |
| USAA FSB<br>C/O WEINSTEIN & RILEY PS<br>POB 3978<br>SEATTLE, WA  98124-3978 | 19 | 9 | VEHICLE | 2930 | 0.00 | RS/OE*SURR/CONF*CL=21093.94*NT PROV/PL*UNS/SCH |
| USAA FEDERAL SAVINGS BANK<br>10750 MCDERMOTT FWY<br>SAN ANTONIO, TX  78288-0596 | 20 | | UNSECURED CREDITOR | 4725 | 0.00 | NT ADR/SCH |

All trustee claims show INT %: 0.00%

| Creditor | Claim Info | Description |
|---|---|---|
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br><br>DES MOINES, IA 50306 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 1,866.41<br>COMMENT: X7957/SCH*631229426 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9426 |
| **USAA FEDERAL SAVINGS BANK**<br>C/O NATIONSTAR MORTGAGE LLC(*)<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 4,916.47<br>COMMENT: $/CL-PL*NATIONSTAR/SCH*THRU 1/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8708 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 305.13<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5445 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 314.46<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5445 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 276.60<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6631 |
| **BORO OF CRAFTON-SEWAGE FEES**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:26  INT %: 10.00%<br>Court Claim Number:12<br><br>CLAIM: 67.44<br>COMMENT: 40-F-180;THRU 1/3/20*CL12GOV*NT/SCH-PL*WNTS 10%*W/27 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F180 |
| **BORO OF CRAFTON-SEWAGE FEES**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 8.90<br>COMMENT: 40-F-180;THRU 1/3/20*CL12GOV*NON%*NT/SCH-PL*W/26 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F180 |
| **BORO OF CRAFTON-TRASH FEES**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:28  INT %: 10.00%<br>Court Claim Number:13<br><br>CLAIM: 321.70<br>COMMENT: 40-F-180;THRU 1/3/20*CL13GOV$450*NT/SCH-PL*WNTS 10%*W/29*NO BAL DUE/CR | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F180 |
| **BORO OF CRAFTON-TRASH FEES**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 34.29<br>COMMENT: 40-F-180;THRU 1/3/20*CL13GOV$62.88*NON%*NT/SCH-PL*W/28*NO BAL DUE/CR | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: F180 |
| **LOGS LEGAL GROUP LLP FORMERLY SHAPIRO**<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA 19406 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NATIONSTR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **GRB LAW**<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **DAVID W RAPHAEL ESQ**<br>FIRST NATIONAL BANK OF PA<br>100 FEDERAL ST 4TH FL<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SHEFFIELD FINANCIAL**<br>PO BOX 1847<br>BANKRUPTCY SECTION/100-50-01-51<br><br>WILSON, NC  27894 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  2,346.13<br>COMMENT:  BELIEVED TO BE SURR/PL~COLLATERAL WRONG/SCH-PL*SURR 05 BOSS/PL-cid 5 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6801 |

Case 20-20011-GLT    Doc 122    Filed 02/09/23    Entered 02/09/23 14:27:03    Desc
Page 6 of 6