**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN ORTIZ<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-20011 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/03/2020 and confirmed on 06/24/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 70,134.67 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 70,129.67 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 3,258.89 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,758.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 37,104.14 | 0.00 | 37,104.14 |
| Acct: 8708 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4242 | | | | |
| USAA FEDERAL SAVINGS BANK | 4,916.47 | 4,916.47 | 0.00 | 4,916.47 |
| Acct: 8708 | | | | |
| BORO OF CRAFTON-SEWAGE FEES | 67.44 | 67.44 | 16.83 | 84.27 |
| Acct: F180 | | | | |
| BORO OF CRAFTON-SEWAGE FEES | 8.90 | 8.90 | 0.00 | 8.90 |
| Acct: F180 | | | | |
| BORO OF CRAFTON-TRASH FEES | 321.70 | 321.70 | 109.81 | 431.51 |
| Acct: F180 | | | | |
| BORO OF CRAFTON-TRASH FEES | 34.29 | 34.29 | 0.00 | 34.29 |
| Acct: F180 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0818 | | | | |
| SHEFFIELD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0100 | | | | |

| 20-20011 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| USAA FEDERAL SAVINGS BANK | 15,326.55 | 10,284.57 | 1,651.86 | 11,936.43 |
| Acct: 7085 | | | | |
| USAA FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2930 | | | | |
| SHEFFIELD FINANCIAL | 2,346.13 | 0.00 | 0.00 | 0.00 |
| Acct: 6801 | | | | |
| | | | | 54,516.01 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN ORTIZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN ORTIZ | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 1,250.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICOLE ORTIZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6497 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5445 | | | | |
| INTERNAL REVENUE SERVICE* | 17,624.60 | 8,854.77 | 0.00 | 8,854.77 |
| Acct: 5445 | | | | |
| | | | | 8,854.77 |
| **Unsecured** | | | | |
| COURT OF COMMON PLEAS - ALLEGHEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6497 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5380 | | | | |
| DISCOVER BANK(*) | 5,344.54 | 0.00 | 0.00 | 0.00 |
| Acct: 6452 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ARMY & AIR FORCE EXCHANGE SVCS | 8,044.30 | 0.00 | 0.00 | 0.00 |
| Acct: 3004 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 14,173.92 | 0.00 | 0.00 | 0.00 |
| Acct: 8770 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9832 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4725 | | | | |
| WELLS FARGO BANK NA | 1,866.41 | 0.00 | 0.00 | 0.00 |
| Acct: 9426 | | | | |
| UPMC HEALTH SERVICES | 305.13 | 0.00 | 0.00 | 0.00 |
| Acct: 5445 | | | | |
| UPMC PHYSICIAN SERVICES | 314.46 | 0.00 | 0.00 | 0.00 |
| Acct: 5445 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 276.60 | 0.00 | 0.00 | 0.00 |
| Acct: 6631 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 20-20011 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | LOGS LEGAL GROUP LLP FORMERLY SH/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DAVID W RAPHAEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 63,370.78 |

TOTAL CLAIMED
PRIORITY         17,624.60
SECURED          23,021.48
UNSECURED        30,325.36

Date: 10/03/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com