**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1     John Ortiz

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    20-20011 GLT

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC      **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8708

**Date of payment change:**
Must be at least 21 days after date of this notice      02/01/2023

**New total payment:**      $935.57
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $432.58       New escrow payment: $ 432.42

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $_____      New principal and interest payment: $ _____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____      **New mortgage payment:** $_____

| Debtor(s) | **John Ortiz** | Case number *(if known)* | 20-20011 GLT |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Brian C. Nicholas (Atty Id: 317240)        Date  12/07/2022
Signature
Print: Brian Nicholas
07 Dec 2022, 12:31:53, EST

Title  **Attorney for Creditor**

Company  KML Law Group, P.C.

Address  701    Market Street, Suite 5000
         Number    Street
         Philadelphia,                    PA    19106
         City                             State  ZIP Code

Contact phone  (215) 627–1322        Email  bkgroup@kmllawgroup.com