# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Ortiz<br>                                  **Debtor(s)**<br><br>Nationstar Mortgage LLC<br>                                  **Movant**<br>      vs.<br><br>John Ortiz<br>                                  **Debtor(s)**<br><br>Ronda J. Winnecour,<br>                                  **Trustee** | BK NO. 20-20011 GLT<br><br>Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 27, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
John Ortiz
30 Lawson Avenue
Pittsburgh, PA 15205

Attorney for Debtor(s)
Paul W. McElrath, Jr., Esq.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: December 27, 2022

                                            **/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com